IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| BRENT SKELTON, individually and on behalf of similarly situated employees, | § § § | |
| Plaintiff, | § § | Civil Action No. 2:13-cv-4771-HGB-ALC |
| -v- | § § | Section "C" |
| SUKHOTHAI, LLC, KEITH SCARMUZZA, and ROYAL TRADING, L.L.C., | § § § | Magistrate (5) |
| Defendants. | § § | |

PLAINTIFF'S MOTION FOR CONDITIONAL CLASS CERTIFICATION
AND JUDICIAL NOTICE

Plaintiff moves for conditional class certification and judicial notice to potential opt-in plaintiffs because this action arises from a "generally applicable rule, policy, or practice" pursuant to 29 U.S.C. § 216(b), as set forth in the accompanying Memorandum in Support.

Respectfully submitted,

*/s/ Casey M. Ransom*
Robert J. Wiley
Texas Bar No. 24013750
*Board Certified in Labor and Employment Law*
*by the Texas Board of Legal Specialization*
Casey M. Ransom
Texas Bar No. 24083706

ROB WILEY, P.C.
1825 Market Center Blvd., Suite 385
Dallas, Texas 75207
Telephone: (214) 528-6500
Facsimile: (214) 528-6511
cransom@robwiley.com
ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2013, I served a copy of this Motion for Conditional Class Certification and Judicial Notice and Brief in Support on counsel for Defendants via the Court's CM/ECF system.

*/s/ Casey M. Ransom*