**ROBERT J. WILEY**
Board Certified Specialist, Labor and Employment
  Law, Texas Board of Legal Specialization
Licensed in California, Texas, and Washington, D.C.

**GREGORY A. PLACZEK,** Trial Lawyer
Licensed in Texas and Missouri

**JUSTIN G. MANCHESTER,** Trial Lawyer
Licensed in Texas

**COLIN W. WALSH,** Trial Lawyer
Licensed in Texas and Washington, D.C.

**JESSICA COHEN**, Trial Lawyer
Licensed in Texas, New Jersey, and Pennsylvania

**CASEY M. RANSOM**, Trial Lawyer
Licensed in Texas

**STACY L. COLE**, Trial Lawyer
Licensed in Texas

**ELSPETH A. BROTHERTON**, Trial Lawyer
Licensed in Texas



ROB WILEY, P.C.
TRIAL LAWYERS

AUSTIN ♦ DALLAS-FORT WORTH ♦ SAN ANTONIO
ROBWILEY.COM

**DALLAS-FORT WORTH OFFICE**
1825 Market Center Blvd., Ste. 385
Dallas, Texas 75207

Telephone: (214) 528-6500
Facsimile: (214) 528-6511

**SAN ANTONIO OFFICE**
1100 NW Loop 410, Ste. 700
San Antonio, Texas 78213

Telephone: (210) 319-4414
Facsimile: (210) 881-6755

**AUSTIN OFFICE**
1011 San Jacinto Blvd., Ste. 401
Austin, TX 78701

Telephone: (512) 271-5527
Facsimile: (512) 287-3084

TOLL FREE: (800) 313-4020

[Date XX], 2013

VIA FIRST CLASS MAIL
[Potential Opt-in Name]
[Address]

    Re:    You May Be Able to Join Lawsuit for Wage Violations Concerning SukhoThai Restaurant

Dear [Mr./Ms. Name]:

I am sending you this letter because you may be eligible to join a lawsuit against SukhoThai restaurant and its owner. The lawsuit was filed by Brent Skelton on June 11, 2013 on behalf of himself and other Servers.[1] This lawsuit seeks to recover wages and damages that we contend are owed under federal law[2] because SukhoThai required Servers to tip out to kitchen staff.

SukhoThai and its owner deny that they have violated the law and are defending against our lawsuit.

This notice and its content have been authorized by the United State District Court, Eastern District of Louisiana, Honorable Judge Helen G. Berrigan solely for notification purposes. No ruling has been made on the merits of the case.

You may join this lawsuit if you meet the following requirements:

(1)    you were employed as a Server at SukhoThai within the past three years,
(2)    you were paid less than $7.25 per hour in direct cash wages (e.g., you were paid $2.13/hour), and
(3)    you were required to tip out a portion of your tips to kitchen staff.

---

[1] *Skelton v. SukhoThai, LLC, et al.*, No. 2:13-cv-4771 (E.D. La. filed June 11, 2013).
[2] Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq*.

[Date XX], 2013
Page 2

If you fit the definition above, you may choose to join this action by mailing or faxing the attached Consent Form to our law office.

**Important:  The Consent Form must be received by The Law Office of Rob Wiley, P.C. on or before [DATE XX], 2013 [60 days after mailing] for you to participate in this case.**

The FLSA has a two or three year deadline to file a lawsuit, depending on later decisions by the Court.  If you choose <u>not</u> to join in this action or file your own action, some or all of your potential claims may later be barred by the applicable statute of limitations.

Federal law prohibits retaliation against employees for exercising their rights under the FLSA.  Therefore, Defendants are prohibited from discharging you or retaliating against you in any other manner because you choose to participate in this action.

If you choose to join this case by filing a Consent Form, your interest will be represented by the Law Office of Rob Wiley, P.C. and local counsel Laura L. Catlett, Esq.

    Sincerely yours,
    ROB WILEY, P.C.


_____
By:     Robert J. Wiley

cc:  file

PLAINTIFF CONSENT FORM

     I hereby consent to join the lawsuit against SukhoThai, LLC, Keith Scarmuzza, and Royal Trading, L.L.C. and related parties as a Plaintiff to assert claims for minimum wage violations of the Fair Labor Standards Act, 29 U.S.C. 201 *et seq.* During the past three years, there were occasions when I received less than $7.25 per hour in cash wages and was required to tip out a portion of my tips to kitchen staff.

[FIRST NAME][LAST NAME}
[STREET]
[CITY, STATE ZIP]

**(Please correct the above name and address information if it has changed.)**

_____    _____
Signature                                              E-Mail Address


_____    _____
Date                                                     Best Phone Numbers


_____    _____
Social Security Number (last 4 digits)      Emergency Contact
                                                           (in case we lose contact with you)

**Mail or Fax to:**   **Fax:   (214) 528-6511**
                          **Law Office of Rob Wiley, P.C.**
                          **1825 Market Center Blvd., Ste. 385**
                          **Dallas, Texas 75207**
                          **Phone:  (214) 528-6500**