IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| BRENT SKELTON, individually and on behalf of similarly situated employees, | § § § | |
| Plaintiff, | § § | Civil Action No. 2:13-cv-4771-HGB-ALC |
| -v- | § § | Section "C" |
| SUKHOTHAI, LLC, KEITH SCARMUZZA, and ROYAL TRADING, L.L.C., | § § § | Magistrate (5) |
| Defendants. | § § | |

NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff Brent Skelton submits his Motion for Conditional Class Certification and Judicial Notice before the Honorable Helen G. Berrigan on September 25, 2013.

Respectfully submitted,

*/s/ Casey M. Ransom*
Robert J. Wiley
Texas Bar No. 24013750
*Board Certified in Labor and Employment Law*
*by the Texas Board of Legal Specialization*
Casey M. Ransom
Texas Bar No. 24083706

ROB WILEY, P.C.
1825 Market Center Blvd., Suite 385
Dallas, Texas 75207
Telephone: (214) 528-6500
Facsimile: (214) 528-6511
cransom@robwiley.com
ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2013, I served a copy of this Motion for Conditional Class Certification and Judicial Notice and Brief in Support on counsel for Defendants via the Court's CM/ECF system.

*/s/ Casey M. Ransom*