IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| BRENT SKELTON, individually and on behalf of similarly situated employees, | § | |
| | § | Civil Action No. 2:13-cv-4771-HGB-ALC |
| Plaintiff, | § | |
| | § | Section "C" |
| -v- | § | |
| | § | Magistrate (5) |
| SUKHOTHAI, LLC, KEITH SCARMUZZA, and ROYAL TRADING, L.L.C., | § | |
| | § | |
| Defendants. | § | |

SECOND NOTICE OF CLASS MEMBER CONSENT FORMS RETURNED

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The attached consent form has been signed and returned to our office by Allison Gigantelli.

Respectfully submitted,

*/s/ Casey M. Ransom*
Robert J. Wiley
Texas Bar No. 24013750
*Board Certified in Labor and Employment Law*
*by the Texas Board of Legal Specialization*
Casey M. Ransom
Texas Bar No. 24083706

ROB WILEY, P.C.
1825 Market Center Blvd., Suite 385
Dallas, Texas 75207
Telephone: (214) 528-6500
Facsimile: (214) 528-6511
cransom@robwiley.com
ATTORNEYS FOR PLAINTIFFS

LOCAL COUNSEL:
Laura L. Catlett
Louisiana Bar No. 31431
650 Poydras St., Ste. 1414
New Orleans, LA 70130
Telephone: (504) 905-6889
Facsimile: (866) 587-6697
E-mail: lauralcatlettlaw@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2014, I served a copy of this Notice on counsel for Defendants via the Court's CM/ECF system.

*/s/ Casey M. Ransom*